UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH RAY

               Petitioner,

- against -

WARDEN JAMAL JAMISON,

               Respondent.

24-cv-862 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner may reply to the Government's opposition to the petition for habeas corpus by **June 20, 2024**. The Clerk should mail a copy of this order to the petitioner and note service on the docket.

SO ORDERED.

Dated:    New York, New York
            May 20, 2024

                                          John G. Koeltl
                                  United States District Judge