**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSEPH RAY,

                    Petitioner,                  24 **CIVIL** 862 (JGK)

     -against-                                 <u>**JUDGMENT**</u>

WARDEN JAMAL JAMISON,

                    Respondent.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 10, 2024, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The petitioner's motion pursuant to 28 U.S.C. § 2241 is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
               July 11, 2024

                                                    **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**
                              **BY:**   *K. Mango*
                                                       **Deputy Clerk**